1  S. Frank Harrell, Esq. [SBN#133437]
   sfh@lynberg.com
2  Scott D. Danforth, Esq. [SBN#258382]
   sd@lynberg.com
3  **LYNBERG & WATKINS**
4  A Professional Corporation
   1100 West Town & Country Road, Suite 1450
5  Orange, California 92868-5915
   (714) 937-1010  Telephone
6  (714) 937-1003  Facsimile

7  Attorneys for COUNTY OF ORANGE and DEPUTY HAGERMAN

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

| ROBERT CARRILLO, an individual, | CASE NO. CV1003591 R(ANX) |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:*<br>Hon. MANUAL REAL –Courtroom # 8 |
| vs. | **ORDER FOR PROTECTIVE ORDER** |
| COUNTY OF ORANGE, a local public entity; DEPUTY HAGERMAN, in his individual capacity; and DOES 1 to 10, | *Trial Date:  None* |
| Defendant. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28

**1**
**[PROPOSED] ORDER FOR PROTECTIVE ORDER**

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefore, the Court orders that a Protective Order be in effect as of April 15, 2011. Defendants are to give Notice of the instant Order.

IT IS SO ORDERED.

Date: April 15, 2011_    _____

                                    Honorable Manuel Real